**No. 48247.**—Protests 5459–K, etc., of Lien Import Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to the hemp hats in question.

**No. 48248.**—Protests 557965–G, etc., of Irving L. Hartman & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with agreement of counsel that the harvest hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) those entered or withdrawn for consumption prior to February 1, 1936, were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those subsequent to said date were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5) and the Netherlands Trade Agreement (T. D. 48075). Protests sustained to this extent.

**No. 48249.**—Protests 934916–G, etc., of Olivier Straw Goods Corp. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain of the racello hats in question are similar to those involved in Abstract 47291, that other of the items consist of hemp knotted straw hats similar to those involved in Abstract 46497, and still others consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith all of these items were held dutiable under the provision for hats composed of one or more of the materials provided for in said paragraph 1504 (b) (1), not blocked or trimmed, and not bleached, dyed, colored, or stained. The claim at 25 percent was therefore sustained as to these items.